THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HENRY SCHEIN ONE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL, a Delaware corporation,<br><br>Defendant. | **SUPPLEMENTAL DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Case No. 2:25-cv-00883-AMA-JCB<br><br>Hon. Judge Ann Marie McIff Allen<br>Hon. Magistrate Judge Jared C. Bennett |

**SUPPLEMENTAL DECLARATION OF KENTON MCDANIEL**

I, Kenton McDaniel, declare under penalty of perjury:

1. I am the Chief Information Security Officer (CISO) at HSOne. I previously submitted a declaration, dated October 7, 2025, in support of Henry Schein One LLC's ("HSOne") Motion for Temporary Restraining Order and Preliminary Injunction. I now submit this supplemental declaration to provide additional facts uncovered.

2. Since HSOne filed its Complaint on October 3, 2025, HSOne has continued its investigative efforts into Vyne's unauthorized access and interferences with HSOne's Dentrix software. These efforts have uncovered additional security concerns and hundreds of dangerous deployments by Vyne since HSOne's Complaint and TRO were filed. From October 3 to October 10, 2025, our telemetry has uncovered that Vyne has deployed at least 400 malicious instances of its software that access HSOne's software systems and database without authorization.

3.     HSOne's continued investigation has uncovered additional details about Vyne's unauthorized access as well. For instance, we have uncovered that Vyne is modifying folder permission access to circumvent HSOne's security functionality. Vyne is giving broad access to users beyond administrators to folders that they would not otherwise have access to, including sensitive directories. This is a dangerous practice that creates security risks for HSOne's customers and HSOne's software.

4.     Further, a recent customer complaint has confirmed that Vyne is executing code to enact man-in-the-middle interception and redirect network traffic. HSOne's investigation shows that Vyne is not only misappropriating credentials to HSOne software systems, but they are hard-coding them in memory and storing them persistently in Vyne's servers after they are misappropriated. This is an unauthorized and dangerous practice for security purposes.

5.     As described in the Complaint, Vyne's strategy is to deploy rapid iterations of their software to attempt to work around security measures. HSOne's telemetry monitoring corroborates that Vyne has been deploying these workaround updates on a weekly basis. HSOne's capabilities allow for the comparison against other software platforms. Vyne's pattern of pushing updates is extremely unusual and abnormal and can only be explained by its persistent efforts to access Dentrix instances deployed at customer sites and circumvent HSOne's technical protections.

6.     We will continue to investigate and record evidence of Vyne's unauthorized access and intrusions of our systems.

7.     Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

I declare under penalty of perjury of the laws of the United States that the foregoing facts and allegations are true and correct to the best of my knowledge, information and belief.

Executed on this 13th day of October, 2025, in Highland, Utah.

                                                      Respectfully submitted,

                                                      Kenton McDaniel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2025, I caused the foregoing **SUPPLEMENTAL DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** was emailed to the following persons, who stated that they represented Defendant in connection with the current dispute between the parties:

>Michael Shuster
>mshuster@hsgllp.com
>Vincent Levy
>vlevy@hsgllp.com
>Holwell Shuster & Goldberg LLP

*/s/ Suzanne Williams*