# UNITED STATES DISTRICT COURT

for the
District of Utah

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC, a Delaware limited liability company,**  )<br>)<br>*Plaintiff*  )<br>)<br>v.  )<br>)<br>**NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL, a Delaware corporation,**  )<br>)<br>*Defendant* | Civil Action No. 2:25-cv-00883- |

## AFFIDAVIT OF SERVICE

I, Anwuli Odebala, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL in DeKalb County, GA on October 7, 2025 at 2:32 pm at 100 Ashford Center North, Suite 300, Dunwoody, GA 30338 by leaving the following documents with Victoria Ivaskiv who as Receptionist is authorized by appointment or by law to receive service of process for NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL.

SUMMONS IN A CIVIL ACTION
CIVIL COVER SHEET
COMPLAINT

White Female, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.9413737,-84.3363698
Photograph: See Exhibit 1

Total Cost: $150.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

　　DeKalb County　　　　　　　　　　　,

　　GA　　　on 　　10/7/2025　　　　　 .

/s/ *Anwuli Odebala*

Signature
Anwuli Odebala
+1 (470) 667-4095



Exhibit 1a)



Exhibit 1b)