| | |
|---|---|
| Amy F. Sorenson (8947)<br>Bret R. Evans (15131)<br>**SNELL & WILMER L.L.P.**<br>Salt Lake City, Utah 84101<br>Telephone: 801.257.1900<br>Email: asorenson@swlaw.com<br>           brevans@swlaw.com | Michael Shuster<br>Vincent Levy<br>Daniel Fahrenthold<br>Torrell Mills<br>**HOLWELL SHUSTER & GOLDBERG LLP**<br>425 Lexington Ave., 14th Floor New York, NY 10017<br>Telephone: 646.837.5151<br>mshuster@hsgllp.com<br>vlevy@hsgllp.com<br>dfahrenthold@hsgllp.com<br>tmills@hsgllp.com |

*Attorneys for National Electronic Attachment, Inc. d/b/a Vyne Dental*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC**, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>**NATIONAL ELECTRONIC ATTACHMENT INC. d/b/a VYNE DENTAL**, a Delaware corporation,<br><br>            Defendant. | Case No. 2:25-cv-00883-AMA-JCB<br><br>**JOINT STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT VYNE DENTAL TO FILE A RESPONSIVE PLEADING OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>District Judge Anne Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant National Electronic Attachment Inc. d/b/a Vyne Dental ("Vyne") and Plaintiff Henry Schein One, LLC ("HS One"), by and through their respective counsel, hereby stipulate and jointly move the Court for an extension of time for Vyne to file a responsive pleading or otherwise respond to the Complaint.

The current deadline for Vyne to respond to the Complaint is November 12, 2025. The parties jointly request that the Court extend that deadline to twenty-one (21) days after the U.S. District Court for the District of Maryland disposes of HS One's pending motion to transfer venue

in the proceedings in Maryland. Dkt. 35, *Nat'l Elec. Attachment, Inc. v. Henry Schein One LLC*, No. 25-cv-3246 (MJM) (D. Md.)

Good cause supports the requested extension. Granting the requested extension will conserve judicial and party resources by avoiding potentially duplicative briefing on motions to dismiss. Once the District of Maryland resolves HS One's venue motion, both courts and the parties will have a clearer understanding of how to proceed efficiently.

A proposed order is submitted herewith.

DATED: November 6, 2025.

| | |
|---|---|
| **SNELL & WILMER L.L.P.** | **HOLWELL SHUSTER & GOLDBERG LLP** |
| | /s/ Vincent Levy |
| Amy F. Sorenson | Michael Shuster |
| Bret R. Evans | Vincent Levy |
| | Daniel Farenthold |
| | Torrell Mills |

*Attorneys for Defendant*
*National Electronic Attachment, Inc., d/b/a Vyne Dental*

**GREENBERG TRAURIG LLP**

/s/ Michael Burshteyn
(Signed by Vincent Levy with permission of Michael Burshteyn)
/s/ Vincent Levy

Michael Burshteyn
Jennifer Bartlett
Marcelo Barros
Garrett Messerly
Sydney Parks

*Attorneys for Plaintiff Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2025, the foregoing Joint Stipulated Motion to Extend Deadline for Defendant Vyne Dental to File a Responsive Pleading or Otherwise Respond to Plaintiff's Complaint was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing thereon.

                                                   */s/ Vincent Levy*
                                                   Vincent Levy