# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| HENRY SCHEIN ONE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL, a Delaware corporation,<br><br>Defendant. | ORDER<br><br><br>Case No. 2:25-cv-00883-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' joint motion for an extension of the deadline for Defendant National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne") to respond to Plaintiff Henry Schein One, LLC's ("HS One") complaint ("Motion").[2] Concurrent with this action, the parties are also engaged in litigation in the U.S. District Court for the District of Maryland ("Maryland Litigation"),[3] in which HS One has filed a motion to transfer venue to the District of Utah ("Motion to Transfer").[4] In the Motion before this court, the parties are seeking to extend the deadline for Vyne to respond to Plaintiff's complaint until 21 days after Judge

---

[1] ECF No. 17.

[2] ECF No. 40.

[3] *National Electronic Attachment, Inc.* v. *Henry Schein One LLC*, No. 1:25-cv-3246-MJM (D. Md.)

[4] ECF No. 35 in the Maryland Litigation.

Matthew J. Maddox disposes of the Motion to Transfer in the Maryland Litigation. Based upon the parties' stipulation, for the reasons stated in the Motion, and for good cause shown, the court GRANTS the Motion. Accordingly, the following are HEREBY ORDERED:

(1) The deadline for Defendant Vyne to answer or otherwise respond to Plaintiff HS One's complaint is extended to 21 days after the U.S. District Court for the District of Maryland disposes of HS One's Motion to Transfer in the Maryland Litigation.

(2) The parties shall submit a status report notifying this court within seven days of the disposition of the Motion to Transfer.

(3) All other deadlines in this matter are STAYED pending resolution of the Motion to Transfer.

IT IS SO ORDERED.

DATED this 7th day of November 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge