Amy F. Sorenson (8947)
Bret R. Evans (15131)
**SNELL & WILMER L.L.P**.
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Email: asorenson@swlaw.com
        brevans@swlaw.com

Michael Shuster (admitted pro hac vice)
Vincent Levy (admitted pro hac vice)
Daniel Fahrenthold (admitted pro hac vice)
Torrell Mills (admitted pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Ave., 14th Floor
New York, NY 10017
Telephone: 646.837.5151
mshuster@hsgllp.com
vlevy@hsgllp.com
dfahrenthold@hsgllp.com
tmills@hsgllp.com

*Attorneys for National Electronic Attachment, Inc. d/b/a Vyne Dental*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL ELECTRONIC ATTACHMENT INC. d/b/a VYNE DENTAL**, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00883-AMA-JCB<br><br>**STATUS REPORT**<br><br>District Judge Anne Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Defendant National Electronic Attachment, Inc. d/b/a Vyne Dental ("**Vyne**"), through counsel, respectfully submits this *Status Report* as requested by the Court. [Utah Dkt. 43.[1]] This Status Report details Vyne's litigation against Plaintiff Henry Schein One, LLC ("**HS One**") and the Maryland District Court's actions concerning several motions currently pending in the District of Maryland as Case No. 1:25-cv-03246-MJM (the "**Maryland Litigation**").

---

[1] Citations to "Md. Dkt. __" refer to docket entries in the Maryland suit, No. 25-cv-03246 (D. Md. Sept. 30, 2025).  Citations to "Utah Dkt." refer to docket entries in this Action, No. 25-cv-0883.

A.        **District of Maryland Litigation.**

The Parties have filed the following motions,[2] currently pending before the Court:

1.        **Vyne's Motion for TRO and Preliminary Injunction, and HS One's Motion for TRO and Preliminary Injunction.**

Vyne filed a *Motion for Temporary Restraining Order and Preliminary Injunction* ("**Vyne's Motion for TRO and Preliminary Injunction**") on October 2, 2025. [Md. Dkt. 6.] On October 15, 2025, HS One filed *Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* [Md. Dkt. 38], and on October 21, 2025, Vyne filed its *Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction*. [Md. Dkt. 40.] The Court held an initial hearing on Vyne's Motion for TRO and Preliminary Injunction on October 23, 2025. [Md. Dkt. 47.] There, the Court denied Vyne's Motion for a Temporary Restraining Order without prejudice, and deferred disposition on Vyne's Motion for a Preliminary Injunction, subject to an evidentiary hearing. [Md. Dkt. 50.]

On October 23, 2025, HS One filed *Defendant Henry Schein One, LLC's Motion for Temporary Restraining Order* ("**HS One's Motion for TRO and Preliminary Injunction**") based on counterclaims filed in the lawsuit on the same date. [Md. Dkt. 46.] Vyne filed *Plaintiff's Opposition to Defendant's Motion for a Temporary Restraining Order and Preliminary Injunction* on October 30, 2025 [Md. Dkt. 52], and HS One filed *Henry Schein One, LLC's Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction* on November 5, 2025.

_____

[2] In the Maryland Action, the Parties have also submitted several ancillary court filings, including motions to appear *pro hac vice*, motions in limine, motions to seal, motions for time and page length extensions, status reports, notices of supplemental authority, and the like. For the sake of brevity, Vyne does not address the status of these ancillary filings, papers, or issues. To the extent this Court has any additional questions concerning the ongoing activities in the Maryland Litigation, Vyne welcomes the opportunity to supplement its Status Report.

[Dkt. 62.] The Court held an initial hearing on HS One's Motion for TRO and Preliminary Injunction on November 17, 2025, [Md. Dkt. 73], denied HS One's motion for a Temporary Restraining Order without prejudice, and deferred disposition on HS One's Motion for Preliminary Injunction, subject to an evidentiary hearing. [Md. Dkt. 75.]

The Court thereafter scheduled a four-day evidentiary hearing to be held on February 9–12, 2026, on the parties' respective cross motions for preliminary injunction. [Md. Dkt. 74]. The Court later modified the evidentiary hearing to three days. [Md. Dkt. 87]. Both parties informed the Court on the record that they wished for the Court to resolve these motions in advance of any ruling on HS One's pending motion to transfer, discussed below.

The Court held an evidentiary hearing on both parties' motions for preliminary injunctions on February 10–12, 2026. [Md. Dkts. 132, 134, 136.] Thereafter, the Court ordered post-hearing supplemental briefing from the Parties. [Md. Dkt. 128.] Vyne filed under seal its post-hearing brief in support of Vyne's Motion for TRO and Preliminary Injunction on February 23, 2026, [Md. Dkt. 130], and filed a redacted version on March 2, 2026. [Md. Dkt. 141.] HS One filed under seal its post-hearing supplemental response in opposition to Vyne's Motion for TRO and Preliminary Injunction and briefing in support of HS One's Motion for TRO and Preliminary Injunction on March 3, 2026. [Md. Dkt. 144.] Vyne filed under seal its post-hearing reply brief in further support of Vyne's Motion for TRO and Preliminary Injunction and response in opposition to HS One's HS One's Motion for TRO and Preliminary Injunction on March 7, 2026. [Md. Dkt. 152.][3] HS One's

---

[3] Relatedly, Vyne also filed a Motion to Strike the post-hearing Declaration of David Youssef—HS One's expert—on March 8, 2026. [Md. Dkt. 153].

post-hearing supplemental reply brief in support of HS One's Motion for TRO and Preliminary Injunction is due on March 11, 2026. [Md. Dkt. 140.]

The Court is scheduled to hear closing arguments on the cross-motions for preliminary injunction on March 18, 2026.

2.    **Vyne's Motion to Dismiss**.

HS One filed *Defendant and Counter-Claimant Henry Schein One, LLC's Counterclaims* on October 23, 2025. [Md. Dkt. 45.] Vyne filed a *Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6)* ("**Vyne's Motion to Dismiss**") on Nov. 13, 2025. [Md. Dkt. 66.] Vyne later filed a *Corrected Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6)* on December 8, 2025. [Md. Dkt. 81.] HS One filed *Defendant/Counter-Plaintiff's Response in Opposition to Plaintiff/Counter-Defendant's Motion to Dismiss Counterclaims Pursuant to Fed. R. Civ. P. 12(B)(6)* on December 16, 2025, [Md. Dkt. 84], and Vyne filed its *Reply in Support of Vyne's Motion to Dismiss Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6)* on January 16, 2026. [Md. Dkt. 96.] Vyne's Motion to Dismiss remains pending, and the Court indicated it would hear argument on this motion on March 18, 2026.

3.    **HS One's Motion to Dismiss**.

On November 5, 2025, Vyne filed its *Amended Complaint*. [Md. Dkt. 61.] On December 16, 2025, HS One filed *Henry Schein One, LLC's Memorandum of Law in Support of its Motion to Dismiss Vyne's Amended Complaint* ("**HS One's Motion to Dismiss**"). [Md. Dkts. 85, 86.] Vyne filed its *Memorandum of Law in Opposition to Defendant Henry Schein One, LLC's Motion to Dismiss the Amended Complaint* on January 16, 2026 [Md. Dkt. 95], and HS One filed *Henry*

*Schein One, LLC's Memorandum of Law in Further Support of its Motion to Dismiss Vyne's Amended Complaint* on January 30, 2026. [Md. Dkt. 97.] HS One's Motion to Dismiss remains pending, and the Court indicated it would hear argument on this motion on March 18, 2026.

**B.    HS One's Motion to Transfer**.

HS One filed *Defendant Henry Schein One, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* (the "**Motion to Transfer**") on October 14, 2025. [Md. Dkt. 35.] Vyne filed *Plaintiff National Electronic Attachment Inc. d/b/a Vyne Dental's Memorandum of Law in Opposition to Defendant Henry Schein One. LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* on October 28, 2025 [Md. Dkt. 51], and HS One filed *Henry Schein One, LLC's Reply in Support of its Motion to Transfer Venue* on November 5, 2025. [Md. Dkt. 60.] The Motion to Transfer remains pending, and is scheduled to be argued on March 18, 2026.

DATED this 9th day of March, 2026.

SNELL & WILMER L.L.P.

*/s/ Bret R. Evans*
Amy F. Sorenson
Bret R. Evans

HOLWELL SHUSTER & GOLDBERG LLP

Michael Shuster
Vincent Levy
Daniel Fahrenthold
Torrell Mills

*Attorneys for Defendant National Electronic Attachment, Inc. d/b/a Vyne Dental*