Michael Burshteyn (*pro hac vice*)
Jennifer Bartlett (*pro hac vice*)
Marcelo Barros (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:  415.655.1300
Michael.Burshteyn@gtlaw.com
Jennifer.Bartlett@gtlaw.com

Garrett W. Messerly (Utah SBN 15678)
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone:  801.478.6900
Garrett.Messerly@gtlaw.com

Sydney Parks (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone:  212.801.9200
Sydney.Parks@gtlaw.com

*Counsel for Plaintiff Henry Schein One, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF UTAH

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL**, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00883-AMA-JCB<br><br>STATUS REPORT<br><br>District Judge Anne Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

## STATUS REPORT

Pursuant to the Court's February 23, 2026 Order (ECF No. 43), Plaintiff hereby submits this Status Report regarding the status of the parallel litigation pending in the United States District Court for the District of Maryland, *National Electronic Attachment, Inc. d/b/a Vyne Dental v. Henry Schein One, LLC*, Case No. 1:25-cv-03246-MJM (the "Maryland Action"), and the Motion to Transfer pending therein.

1

## Status of the Maryland Action

The Maryland court conducted a three-day evidentiary hearing February 10 through 12, 2026, on the parties' cross-motions for preliminary injunction. The hearing concluded, and the parties are currently submitting post-hearing briefs, which is scheduled to be complete on March 11, 2026.

The Maryland court scheduled oral argument for March 18, 2026, at which time the court is expected to hear arguments on the cross preliminary injunction motions, the cross motions to dismiss, and HSOne's pending Motion to Transfer to the District of Utah (ECF No. 35, Maryland Action).[1]

## Conclusion

HSOne will notify this Court of any ruling by the Maryland Court on the Motion to Transfer.

---

[1] The Motion to Transfer was fully briefed on November 5, 2025.

DATED:  March 9, 2026

**GREENBERG TRAURIG, LLP**

<u>/s/ Michael Burshteyn</u>
Michael Burshteyn
Jennifer Bartlett
Marcelo Barros
Garrett W. Messerly
Sydney Parks

*Counsel for Plaintiff, Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2026, the foregoing Status Report was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing thereon.

*/s/ Michael Burshteyn*
Michael Burshteyn