Michael Burshteyn (*pro hac vice*)
Jennifer Bartlett (*pro hac vice*)
Marcelo Barros (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:  415.655.1300
Michael.Burshteyn@gtlaw.com
Jennifer.Bartlett@gtlaw.com

Garrett W. Messerly (Utah SBN 15678)
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone:  801.478.6900
Garrett.Messerly@gtlaw.com

Sydney Parks (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone:  212.801.9200
Sydney.Parks@gtlaw.com

*Counsel for Plaintiff Henry Schein One, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL**, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00883-AMA-JCB<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT A TO THE DECLARATION OF JENNIFER BARTLETT UNDER SEAL**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

## RELIEF SOUGHT AND GROUNDS

Pursuant to DUCivR 5-3, Plaintiff Henry Schein One, LLC ("HSOne") moves for leave to file under seal Exhibit A to the Declaration of Jennifer Bartlett, submitted with the parties' Joint Status Report. This combined motion and supporting memorandum is submitted under DUCivR

ACTIVE 726049571v2

7-1(a)(1). Exhibit A consists of excerpts of the official transcript of the April 14, 2026 motions hearing in *National Electronic Attachment, Inc. d/b/a Vyne Dental v. Henry Schein One, LLC*, Case No. 1:25-cv-03246-MJM (D. Md.) (the "Maryland Action"), ECF No. 170. That transcript is not yet freely public: it remains subject to the Judicial Conference's standard 90-day restriction on remote public access pending the redaction period in the issuing court, and the sealing and confidentiality treatment of the April 14, 2026 hearing record is the subject of disputes pending before the United States District Court for the District of Maryland. HSOne accordingly seeks a seal of stated, event-based duration—until the Maryland court rules on the sealing and confidentiality treatment of that hearing record.

## BACKGROUND

On April 14, 2026, the court in the Maryland Action heard argument on the parties' pending motions. The official transcript of that hearing was filed on the Maryland docket at ECF No. 170 and, under the Judicial Conference's policy on electronic availability of transcripts, remains subject to the standard 90-day restriction on remote public access through PACER pending the redaction period in the issuing court. In addition, the parties have sealing disputes pending in the Maryland Action concerning the sealing and confidentiality treatment of the April 14, 2026 hearing record, and the Maryland court has not yet ruled on that treatment. The excerpts in Exhibit A are pertinent to the Joint Status Report because they memorialize HSOne's withdrawal, without prejudice, of its transfer motion in the Maryland Action. The Joint Status Report and the Bartlett Declaration are filed publicly; only Exhibit A is proposed for sealing. Consistent with DUCivR 5-3(b)(1) and the sealed-filing procedure in the court's ECF Procedures Manual, HSOne is contemporaneously filing a redacted (slip-sheet) version of Exhibit A on the public docket and the unredacted Exhibit A as a proposed sealed document linked to the redacted version.

2

**ARGUMENT**

Exhibit A satisfies each requirement of DUCivR 5-3(b)(2). *First*, the request is narrowly tailored. DUCivR 5-3(b)(2)(A). HSOne seeks to seal only Exhibit A itself—excerpts of the restricted transcript—and nothing more. Because every page of the exhibit reproduces the restricted transcript, the entire exhibit is the specific information sought to be sealed. The Joint Status Report and the Bartlett Declaration, including their descriptions of the hearing, remain public. *Second*, the seal is of stated duration. DUCivR 5-3(b)(2)(B). HSOne requests that Exhibit A remain under seal until the United States District Court for the District of Maryland rules on the sealing and confidentiality treatment of the April 14, 2026 hearing record. The parties will promptly notify this court of any such ruling and, as appropriate, will move to unseal Exhibit A or to maintain the seal consistent with the Maryland court's ruling. *Third*, sealing is supported by rule and reason. DUCivR 5-3(b)(2)(C). The exhibit reproduces an official transcript that remains within the restriction period established by the Judicial Conference's transcript-access policy, as implemented in the issuing court, and the sealing and confidentiality treatment of the hearing record it excerpts is the subject of disputes now pending before the Maryland court. Filing the excerpts on this court's public docket now would place the hearing record in the public domain before the court that controls that record has ruled on its treatment. A seal tied to the Maryland court's ruling—the least restrictive means available—preserves that court's authority over its own record while giving this court the complete record for the Joint Status Report.

**CONCLUSION**

HSOne respectfully requests that the court grant leave to file Exhibit A to the Declaration of Jennifer Bartlett under seal until the United States District Court for the District of Maryland rules on the sealing and confidentiality treatment of the April 14, 2026 hearing record. A proposed order is submitted with this motion, and an editable copy will be emailed to chambers pursuant to DUCivR 7-1(e)(2).

3

DATED:  July 10, 2026

Respectfully submitted,

*/s/ Michael Burshteyn*

_____

Michael Burshteyn
GREENBERG TRAURIG, LLP
*Counsel for Plaintiff Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, the foregoing Motion for Leave to File Exhibit A to the Declaration of Jennifer Bartlett Under Seal was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing in this matter.

*/s/ Michael Burshteyn*

_____

Michael Burshteyn

ACTIVE 726049571v2