Michael Burshteyn (*pro hac vice*)
Jennifer Bartlett (*pro hac vice*)
Marcelo Barros (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone:  415.655.1300
Michael.Burshteyn@gtlaw.com
Jennifer.Bartlett@gtlaw.com

Garrett W. Messerly (Utah SBN 15678)
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone:  801.478.6900
Garrett.Messerly@gtlaw.com

Sydney Parks (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone:  212.801.9200
Sydney.Parks@gtlaw.com

*Counsel for Plaintiff Henry Schein One, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **HENRY SCHEIN ONE, LLC**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL ELECTRONIC ATTACHMENT, INC. d/b/a VYNE DENTAL**, a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00883-AMA-JCB<br><br>**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE EXHIBIT A TO THE DECLARATION OF JENNIFER BARTLETT UNDER SEAL**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Henry Schein One, LLC ("HSOne") moves to withdraw its motion for leave to seal Exhibit A to the Declaration of Jennifer Bartlett (ECF No. 48), submitted with the parties' Joint Status Report (ECF No. 47).

ACTIVE 727000192v2

On July 10, 2026, HSOne and Defendant National Electronic Attachment, Inc. d/b/a/ Vyne Dental filed their Joint Status Report with this Court.

HSOne also moved for leave to file under seal (ECF No. 48) Exhibit A to the Declaration of Jennifer Bartlett (ECF No. 47-1), submitted in connection with the parties' Joint Status Report.

Exhibit A consisted of excerpts of the official transcript of the April 14, 2026 motions hearing in *National Electronic Attachment, Inc. d/b/a Vyne Dental v. Henry Schein One, LLC*, Case No. 1:25-cv-03246-MJM (D. Md.) (the "Maryland Action"), ECF No. 170.

Although the transcript from the Maryland Action was available to be viewed at the court public terminal or purchased through the Court Reporter as of April 15, 2026, it was not scheduled to be freely released and available until July 14, 2026.

Out of an abundance of caution and respect for the Judicial Conference's standard 90-day restriction on remote public access pending the redaction period in the issuing court, HSOne moved for leave to file Exhibit A under seal with the Bartlett Declaration submitted with the Joint Status Report (ECF No. 47) that HSOne filed on July 10, 2026.

Given that the transcript is freely available to the public now, HSOne respectfully moves to withdraw its motion for leave to seal.

DATED:  August 7, 2026.


Respectfully submitted,


/s/ *Michael Burshteyn*
Michael Burshteyn
GREENBERG TRAURIG, LLP
*Counsel for Plaintiff Henry Schein One, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing in this matter.

*/s/ Michael Burshteyn*

_____

Michael Burshteyn